

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| RAYTHAIL WOMACK<br>    INMATE #383573 | DOCKET NO. 09-696; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| LYNN COOPER, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** Petitioner's civil rights complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b) against **ONLY** the following defendants:

> The Louisiana Department of Public Safety and Corrections,
> the "Medical Staff" of AVC,
> the Elayn Hunt Correctional Center,
> the "Medical Staff" of E. Hunt Correctional Center,
> Gary Gremillion, and
> Warden Cooper.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, this _11_ day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE