RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/22/11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

RAYTHAIL WOMACK
    Plaintiff

CIVIL ACTION NO.:1:09-CV-696
SECTION "P"

VERSUS

LYNN COOPER, et al.,
    Defendants

DISTRICT JUDGE DEE D. DRELL
MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that plaintiff's motion for summary judgment (Doc. Item 31) be DENIED.

IT IS FURTHER ORDERED that defendant's motion for summary judgment be GRANTED and that the lawsuit be DISMISSED AS FRIVOLOUS pursuant to 28 U.S.C. §1915(e) for failure to exhaust.

In so ruling, we note that *Johnson v. Johnson*, 385 F.3d 503 (5th Cir. 2004) does not stand for the proposition urged by plaintiff. Rather, its rule of fair notice does not apply to timing but rather to <u>content</u> of a grievance.

THUS DONE AND SIGNED, in chambers, in Alexandria, Louisiana, on this 22nd day of July, 2011.

Dee D. Drell
UNITED STATES DISTRICT JUDGE